# Court of Appeals
# of the State of Georgia

ATLANTA,  September 19, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0275. MOYA SINKFIELD v. EVERGREEN PARK OWNER, LLC.

In this dispossessory proceeding, the state court granted Evergreen Park Owner, LLC a writ of possession against Moya Sinkfield. The state court initially entered the writ of possession on August 3, 2023 and re-entered the writ on August 9, 2023. On August 24, 2023, Sinkfield filed a notice of appeal. We, however, lack jurisdiction.

Under OCGA § 44-7-56 (b) (1) appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. Id. at 523. Sinkfield filed a notice of appeal 15 days after the issuance of the August 9 writ and 21 days after the issuance of the August 3 writ. Accordingly, this appeal is untimely and is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/19/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

Stephen E. Castlen , Clerk.